# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2024-0783
LT Case No. 2017-CF-2583

———————————————————

ADRIAN WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Marion County,
Peter M. Brigham, Judge.

Adrian Williams, Sneads, pro se.

John M. Guard, Acting Attorney General, Tallahassee, and
Allison L. Morris, Assistant Attorney General, Daytona Beach,
for Appellee.

January 28, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____